

# EXHIBIT "A"

## WHARTON COUNTY, TEXAS
### ALEXANDER EDGAR LEAGUE
### ABSTRACT NO. 93

**LEGEND**

| | |
|---|---|
| BLK. | BLOCK |
| BK | BOOK |
| PG | PAGE |
| VOL. | VOLUME |
| FND. | FOUND |
| PROP. | PROPOSED |
| N.T.S. | NOT TO SCALE |
| —℗— | PROPERTY LINE |
| —§— | SECTION LINE |
| R/W | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| D.R.W.C.T. | DEED RECORDS OF WHARTON COUNTY TEXAS |
| O.R.W.C.T. | OFFICIAL RECORDS WHARTON COUNTY TEXAS |
| C.C.F. | COUNTY CLERKS FILE |
| ET AL | AND OTHERS |
| ET UX | AND WIFE |

SCALE: 1"=600'
0'  300'  600'

**TRACT NO. TX—WH—100.000**
NS RANCH EGYPT, LLC
CALLED 567.93 ACRES
ALEXANDER EDGAR LEAGUE
ABSTRACT NO. 93
DESCRIBED AS TRACT NO. 3
VOL. 980, PG. 516
O.R.W.C.T.

**POINT OF COMMENCING**
FND. 5/8" IRON ROD
(UN—MARKED)
SOUTHEAST CORNER OF
TX—WH—100.000

**POINT OF BEGINNING**
N 13719602.6
E 2856348.7

S88°47'48"E
113.7'

N57°00'37"E
45.711.7'

S73°09'19"E
394.6'

SURVEY LINE
S72°41'49"E, 2,405.4'

**SEE DETAIL "A"**
SHEET 2 OF 4

**SEE DETAIL "C"**
SHEET 3 OF 4

ACCESS ROAD
NO. AR—P—2
SEE SHEET 4 OF 4

**SEE DETAIL "B"**
SHEET 2 OF 4

S35°37'44"E
80.0'

S54°12'42"E
80.0'

S17°02'28"E
179.9'

S18°06'25"E
190.1'

**SEE DETAIL "D"**
SHEET 3 OF 4

FND. CONCRETE MONUMENT
NORTHWEST CORNER OF
UN—MARKED
TX—WH—103.000

**TRACT NO. TX—WH—101.000**
MARY L. DOBSON
LIFE ESTATE TRUST NO. 2
CALLED 1,190.6 ACRE
ALEXANDER EDGAR LEAGUE
ABSTRACT NO. 93
DESCRIBED AS TRACT NO. 2
VOL. 741, PG. 633
D.R.W.C.T.

**TRACT NO. TX—WH—103.000**
LONE TREE EGYPT RANCH, LLC, ET AL
CALLED 1,473 ACRE
ALEXANDER EDGAR LEAGUE
ABSTRACT NO. 93
DESCRIBED AS TRACT 10
VOL. 854, PG. 765
D.R.W.C.T.

S36°10'34"E
80.0'

S54°14'43"E
80.0'

S72°18'53"E
56.1'

N25°28'01"E
56.0'

**POINT OF TERMINATION**
N 13718181.7
E 2859526.7

**TRACT NO. TX—WH—102.000**
MICHAEL J. HERSHEY AND
JEFFREY M. HERSHEY
CALLED 431.9 ACRES
ALEXANDER EDGAR LEAGUE
ABSTRACT NO. 93
DESCRIBED AS BACK OF THE
FRONT—EAST HALF
VOL. 877, PG. 648
O.R.W.C.T.

**NOTES:**
1. THIS SURVEY BASED ON LIMITED TITLE CERTIFICATE (L.T.C.) PREPARED FOR TRACT NO. TX—WH—102.000, DATED 06/20/2015 PROVIDED BY REPRESENTATIVES OF ABL LAND SERVICES NO ADDITIONAL RESEARCH PROVIDED BY THE UNDERSIGNED PROFESSIONAL LAND SURVEYOR.
2. ALL BEARINGS AND DISTANCES CONTAINED HEREIN ARE GRID BASED ON THE TEXAS COORDINATE SYSTEM OF 1983, SOUTH CENTRAL ZONE, NORTH AMERICAN DATUM (NAD) OF 1983, U.S. SURVEY FEET AS DERIVED FROM A GLOBAL POSITIONING SYSTEM (GPS) SURVEY.
3. FOR REFERENCE AND FURTHER INFORMATION SEE EXHIBIT "B" OF THIS DOCUMENT, PREPARED BY ENSITEUSA, OF SAME DATE.
4. IF THIS EASEMENT SURVEY AND ACCOMPANYING DESCRIPTION ARE NOT SEALED WITH THE RAISED EMBOSSING SEAL OF THE REGISTERED PROFESSIONAL LAND SURVEYOR WHOSE SIGNATURE APPEARS BELOW, IT SHOULD BE CONSIDERED AS A COPY AND NOT THE ORIGINAL.

I, GARY GREER, DO HEREBY CERTIFY THAT THIS SURVEY WAS MADE ON THE GROUND, THAT THIS RECORD OF SURVEY CORRECTLY REPRESENTS THE FACTS FOUND AT THE TIME OF THE SURVEY.

STATE OF TEXAS
REGISTERED
GARY GREER
4948
PROFESSIONAL
LAND SURVEYOR

GARY GREER                    DATE  7-8-16
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS REGISTRATION NO. 4948
FIRM REGISTRATION NO. 10193874, EXPIRES 12/31/2016
ENSITE USA, 3100 S. GESSNER, SUITE 400 HOUSTON, TEXAS 77063 TEL: (832) 803—1041

**MICHAEL J. HERSHEY**
**AND JEFFREY M. HERSHEY**

| | |
|---|---|
| TOTAL DISTANCE ACROSS PROPERTY: | 3,659.8' |
| TOTAL RODS ACROSS PROPERTY: | 221.81 RODS |
| AREA OF PERMANENT EASEMENT: | 4.20 ACRES |
| AREA OF TEMPORARY WORKSPACE: | 6.18 ACRES |
| TOTAL DISTANCE OF PERMANENT ACCESS ROAD: | 6,753.8' |
| AREA OF PERMANENT ACCESS ROAD: | 2.64 ACRES |

| REV-2 | 07/15/16 | RE | REVISED DESCRIPTION | | 6372 | DMB |
|---|---|---|---|---|---|---|
| REV-1 | 03/17/16 | DMB | REVISED WIDTH OF ACCESS ROAD, ADDED DETAIL | | 6372 | DMB |
| NO | DATE | BY | REVISED DESCRIPTION | | PROJ. ID | APPR |

**REVISIONS**

| ENG. RECORD | | DATE |
|---|---|---|
| DRAWN BY: | GRM | 12/06/2016 |
| DRAWING CHECKED | IB | 01/08/2016 |
| DRAWING APPROVED | DMB | 01/08/2016 |
| SURVEY DATE: | | |
| SCALE: | 1" = 600' | |
| PROJECT ID: | 6372 | |
| SHEET: | 1 OF 4 | |

**COASTAL BEND HEADER PROJECT**
**PERMANENT EASEMENT SURVEY**
CROSSING THE PROPERTY OF
**MICHAEL J. HERSHEY AND**
**JEFFREY M. HERSHEY**

GULF SOUTH
PIPELINE

EnSiteUSA

DWG. NO.  **14QC—650—P—103—102.000 FERC**    REV—2

Ex 1

# EXHIBIT "A"



## WHARTON COUNTY, TEXAS
### ALEXANDER EDGAR LEAGUE
### ABSTRACT NO. 93

N



**DETAIL "A"**
N.T.S.



**DETAIL "B"**
N.T.S.

| | | | | | | |
|---|---|---|---|---|---|---|
| REV-2 | 07/05/16 | RE | REVISED DESCRIPTION | | 6372 | DMB |
| REV-1 | 03/17/16 | DMB | REVISED WIDTH OF ACCESS ROAD, ADDED DETAIL | | 6372 | DMB |
| NO | DATE | BY | DESCRIPTION | | PROJ. ID | APPR. |

REVISIONS





| ENG. RECORD | | DATE |
|---|---|---|
| DRAWN BY: | GRM | 12/06/2016 |
| DRAWING CHECKED | IB | 01/08/2016 |
| DRAWING APPROVED | DMB | 01/08/2016 |
| SURVEY DATE: | | |
| SCALE: | N.T.S. | |
| PROJECT ID: | 6372 | |
| SHEET: | 2 OF 4 | |

### COASTAL BEND HEADER PROJECT
### PERMANENT EASEMENT SURVEY
CROSSING THE PROPERTY OF
**MICHAEL J. HERSHEY AND**
**JEFFREY M. HERSHEY**

DWG. NO. **14QC-650-P-103-102.000 FERC**   REV-2

# EXHIBIT "A"

## WHARTON COUNTY, TEXAS
### ALEXANDER EDGAR LEAGUE
### ABSTRACT NO. 93

N

**DETAIL "C"**
N.T.S.

**DETAIL "D"**
N.T.S.

| REV-2 | 07/05/16 | RE | REVISED DESCRIPTION | 6372 | DMB |
|---|---|---|---|---|---|
| REV-1 | 03/17/16 | DMB | REVISED WIDTH OF ACCESS ROAD, ADDED DETAIL | 6372 | DMB |
| NO | DATE | BY | DESCRIPTION | PROJ. ID | APPR. |
| | | | REVISIONS | | |





| ENG. RECORD | | DATE | **COASTAL BEND HEADER PROJECT** |
|---|---|---|---|
| DRAWN BY: | GRM | 12/06/2016 | **PERMANENT EASEMENT SURVEY** |
| DRAWING CHECKED | IB | 01/08/2016 | CROSSING THE PROPERTY OF |
| DRAWING APPROVED | DMB | 01/08/2016 | **MICHAEL J. HERSHEY AND** |
| SURVEY DATE: | | | **JEFFREY M. HERSHEY** |
| SCALE: | N.T.S. | | |
| PROJECT ID: | 6372 | | DWG. NO. **14QC-650-P-103-102.000 FERC**   REV-2 |
| SHEET: | 3 OF 4 | | |

# EXHIBIT "A"

## WHARTON COUNTY, TEXAS
### ALEXANDER EDGAR LEAGUE
### ABSTRACT NO. 93

N

POINT OF COMMENCING
FND. 5/8" IRON ROD
(UN-MARKED)
SOUTHEAST CORNER OF
TX-WH-100.000

S85°11'01"E
57.6'

N29°07'25"E
16.0'

N22°28'20"E
35,376.5'

S70°35'56"E
227.4'

S74°17'11"E
336.8'

S73°01'59"E
212.2'

S73°10'45"E
197.3'

S73°29'10"E
202.8'

S32°44'22"E
27.0'

PERMANENT ACCESS ROAD
NO. AR-P-2
25' WIDE

PERMANENT ACCESS ROAD
NO. AR-P-2
15.0' WIDE

SEE DETAIL "A"
THIS SHEET

S57°29'32"E
3,289.1'

POINT OF BEGINNING

S72°35'03"E-47.9'

POINT OF TERMINATION

SURVEY LINE

S00°00'00"E
32.8'

S14°30'10"W
19.5'

S91°40'14"E
2,181.0'

FND. CONCRETE MONUMENT
(UN-MARKED)
NORTHWEST CORNER OF
TX-WH-103.000

## PERMANENT ACCESS ROAD NO. AR-P-2 DETAIL
### N.T.S.

TRACT NO. TX-WH-101.000

TRACT NO. TX-WH-102.000

30'
ACCESS
ROAD

15'

## DETAIL "A"
### N.T.S.

| REV-2 | 07/05/16 | RE | REVISED DESCRIPTION | 6372 | DMB |
| REV-1 | 03/17/16 | DMB | REVISED WIDTH OF ACCESS ROAD, ADDED DETAIL | 6372 | DMB |
| NO | DATE | BY | DESCRIPTION | PROJ. ID | APPR. |
| | | | REVISIONS | | |




| | ENG. RECORD | DATE | **COASTAL BEND HEADER PROJECT** |
|---|---|---|---|
| DRAWN BY: | GRM | 12/06/2016 | **PERMANENT EASEMENT SURVEY** |
| DRAWING CHECKED | IB | 01/08/2016 | CROSSING THE PROPERTY OF |
| DRAWING APPROVED | DMB | 01/08/2016 | **MICHAEL J. HERSHEY AND** |
| SURVEY DATE: | | | **JEFFREY M. HERSHEY** |
| SCALE: | N.T.S. | | |
| PROJECT ID: | 6372 | | DWG. NO. **14QC-650-P-103-102.000 FERC**   REV-2 |
| SHEET: | 4 OF 4 | | |

# EXHIBIT "B"



BOARDWALK PIPELINE PARTNERS - COASTAL BEND HEADER PROJECT
ENSITE USA PROJECT 6372.000
TRACT: TX-WH-102.000
REV 2 FERC
MICHAEL J. HERSHEY AND JEFFREY M. HERSHEY
WHARTON COUNTY, TEXAS

DESCRIPTION OF A FIFTY (50) FOOT WIDE
PERMANENT EASEMENT AND RIGHT OF WAY
AND A VARIABLE WIDTH PERMANENT ACCESS ROAD
UPON THE PROPERTY OF
MICHAEL J. HERSHEY AND JEFFREY M. HERSHEY

DESCRIPTION OF A FIFTY (50) FOOT WIDE PERMANENT EASEMENT AND RIGHT OF WAY AND A FIFTEEN (15) FOOT WIDE PERMANENT ACCESS ROAD AND A TWENTY FIVE (25) FOOT WIDE PERMANENT ACCESS ROAD SITUATED IN THE ALEXANDER EDGAR LEAGUE, ABSTRACT NUMBER 93, WHARTON COUNTY, TEXAS AND BEING UPON, OVER, THROUGH AND ACROSS A PORTION THAT CERTAIN CALLED 431.9 ACRES TRACT OF LAND IN THE NAME OF MICHAEL J. HERSHEY AND JEFFREY M. HERSHEY AS DESCRIBED BY INSTRUMENT RECORDED IN VOLUME 877, PAGE 648 OF THE OFFICIAL RECORDS OF WHARTON COUNTY, TEXAS (O.R.W.C.T.), REFERRED TO HEREIN AFTER AS "THE ABOVE REFERENCED TRACT OF LAND", SAID FIFTY (50) FOOT WIDE PERMANENT EASEMENT AND RIGHT OF WAY BEING SITUATED TWENTY FIVE (25) FEET ON EACH SIDE OF THE HEREIN DESCRIBED SURVEY LINE, SAID VARIABLE WIDTH PERMANENT ACCESS ROAD BEING THE EAST HALF OF AN EXISTING THIRTY (30) FOOT WIDE  ROAD, BEING SITUATED PARALLEL WITH AND ADJACENT TO THE HEREIN DESCRIBED CENTER LINE, SAID VARIABLE WIDTH PERMANENT ACCESS ROAD BEING TWENTY FIVE (25) FOOT WIDE, SITUATED TWELVE AND ONE-HALF (12.5) FEET ON EACH SIDE OF THE HEREIN DESCRIBED CENTER LINE. THE SIDELINES OF SAID PERMANENT EASEMENT AND RIGHT OF WAY BEING LENGTHENED OR SHORTENED TO INTERSECT THE BOUNDARIES OF THE ABOVE REFERENCED TRACT OF LAND, SAID SURVEY LINE BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS; WITH ALL BEARINGS AND DISTANCES HEREIN BEING GRID, BASED UPON THE TEXAS STATE PLANE COORDINATE SYSTEM, SOUTH CENTRAL ZONE, NORTH AMERICAN DATUM OF 1983, U.S. SURVEY FEET, AS DERIVED FROM A GLOBAL POSITIONING SYSTEM (GPS) SURVEY.

**PERMANENT EASEMENT (P.E.R.W.)**

**COMMENCING** at an un-marked five-eighths (5/8) inch iron rod, found for the Southeast Corner of property in the name of NS Ranch Egypt, LLC described as Tract No. 3 in volume 980, page 516 of the O.R.W.C.T.;

**THENCE** North 57°00'32" East, a distance of 5,711.1 feet to a point on the East line of property in the name of Mary L. Dobson Life Estate Trust No. 2, as described in volume 741, page 633 of the Deed Records of Wharton County, Texas (D.R.W.C.T.), said point being on the West line of the above referenced tract of land and being the **POINT OF BEGINNING** of the herein described survey line, said point having Texas State Plane Coordinates of 13719602.6 North and 2856348.7 East;

**THENCE** across a portion of the above referenced tract of land, the following bearings and distances:

> South 73°09'19" East, a distance of 394.6 feet;
> South 88°47'48" East, a distance of 113.7 feet;
> South 72°47'49" East, a distance of 2,405.4 feet;
> South 54°12'42" East, a distance of 80.0 feet;
> South 35°37'44" East, a distance of 80.0 feet;
> South 17°02'28" East, a distance of 179.9 feet;

ALL RIGHTS RESERVED © ENSITE USA 2016

# EXHIBIT "B"



BOARDWALK PIPELINE PARTNERS - COASTAL BEND HEADER PROJECT
ENSITE USA PROJECT 6372.000
TRACT: TX-WH-102.000
REV 2 FERC
MICHAEL J. HERSHEY AND JEFFREY M. HERSHEY
WHARTON COUNTY, TEXAS

> South 18°06'25" East, a distance of 190.1 feet;
> South 36°10'34" East, a distance of 80.0 feet;
> South 54°14'43" East, a distance of 80.0 feet;
> South 72°18'53" East, a distance of 56.1 feet;

to a point on the West line of property in the name of Lone Tree Egypt Ranch, LLC, et al, described as Tract 10 in volume 854, page 765 of the D.R.W.C.T., said point being the **POINT OF TERMINATION** of the herein described survey line, said point having Texas State Plane Coordinates of 13718181.7 North and 2859526.7 East, from which an un-marked concrete monument, found for the Northwest Corner of said Lone Tree Egypt Ranch, LLC, et al, property bears North 25°28'01" East, a distance of 56.0 feet, said survey line having a total length of 3,659.7 feet or 221.80 rods, said Permanent Easement and Right of Way containing 4.20 acres of land, more or less.

## PERMANENT ACCESS ROAD AR-P-2

**COMMENCING** at an un-marked five-eighths (5/8) inch iron rod, found for the Southeast Corner of property in the name of NS Ranch Egypt, LLC described as Tract No. 3 in volume 980, page 516 of the O.R.W.C.T.;

 **THENCE** South 57°25'32" East, a distance of 3,289.1 feet to a point on the East line of property in the name of Mary L. Dobson Life Estate Trust No. 2, described as Tract No. 2 in volume 741, page 633 of the Deed Records of Wharton County, Texas (D.R.W.C.T.), said point being on the West line of the above referenced tract of land and being the **POINT OF BEGINNING** of the herein described Center line,

**THENCE** with a width of fifteen (15) feet being the East half of an existing thirty foot wide existing road, across a portion of the above referenced tract of land, the following bearing and distance:

> North 22°28'20" East, a distance of 5,376.5 feet

**THENCE** with a width of twenty five (25) feet, across a portion of the above referenced tract of land, the following bearings and distances:

> North 29°07'25" East, a distance of 16.0 feet;
> South 85°11'01" East, a distance of 57.6 feet;
> South 70°35'56" East, a distance of 227.4 feet;
> South 74°17'11" East, a distance of 336.8 feet;
> South 73°01'59" East, a distance of 212.2 feet;
> South 73°10'45" East, a distance of 197.3 feet;
> South 73°29'10" East, a distance of 202.8 feet;
> South 72°35'03" East, a distance of 47.9 feet;
> South 32°44'22" East, a distance of 27.0 feet;
> South 00°00'00" West, a distance of 32.8 feet;
> South 14°30'10" West, a distance of 19.5 feet

to a point on the North line of the herein described fifty (50) foot wide Permanent Easement and Right of Way, said point being the **POINT OF TERMINATION** of the herein described Center line, from which an un-marked concrete monument, found for the Northwest Corner of said Lone Tree Egypt Ranch, LLC, et al, property bears South 61°40'14" East, a distance of 2,181.0 feet, said Center line having a total length of 6,753.8 feet, said Permanent Easement and Right of Way containing 2.64 acres of land, more or less.

# EXHIBIT "B"



BOARDWALK PIPELINE PARTNERS - COASTAL BEND HEADER PROJECT
ENSITE USA PROJECT 6372.000
TRACT: TX-WH-102.000
REV 2 FERC
MICHAEL J. HERSHEY AND JEFFREY M. HERSHEY
WHARTON COUNTY, TEXAS

## TEMPORARY WORKSPACE (T.W.S.)

T.W.S. No. 1: Being a variable width strip of land, parallel with and adjoining the Southerly side of the above described Permanent Easement and Right of Way (P.E.R.W.), extending in a Easterly direction from the intersection of the Southerly line of the herein described P.E.R.W. with the Westerly line of the above referenced tract of land, with a width of forty five (45) feet for a distance of 48 feet, and continuing in a Easterly direction with a width of ninety five (95) feet for a distance of 100 feet, and continuing in a Easterly direction with a width of seventy (70) feet for a distance of 1,132 feet, and continuing in a Easterly direction with a width of ninety five (95) feet for a distance of 189 feet, and continuing in a Easterly direction with a width of seventy (70) feet for a distance of 1,301 feet, and continuing in a Easterly direction with a width of one hundred and twenty (120) feet for a distance of 201 feet, and continuing in a Easterly direction with a width of twenty (20) feet for a distance of 375 feet, and continuing in a Easterly direction with a width of seventy (70) feet for a distance of 216 feet, and continuing in a Easterly direction with a width of twenty (20) feet for a distance of 73 feet;

T.W.S. No. 2: Being a five (5) foot wide strip of land, parallel with and adjoining the Northerly side of the above described Permanent Easement and Right of Way (P.E.R.W.), extending or shortening the side lines of the herein described Temporary Workspace (T.W.S.) at the beginning and ending of the said P.E.R.W. lines, to intersect with the property lines and or road lines (if any) of the above referenced tract of land;

Total area of temporary workspace being 6.18 acres of land, more or less.


This description based on a Limited Title Certificate (L.T.C.) prepared for tract TX-WH-102.000, dated 06/20/2015, provided by ABL Land Services, Inc., no additional research provided by the undersigned professional land surveyor.

If this description and accompanying drawing are not sealed with the raised embossing seal of the undersigned professional land surveyor, it should be considered a copy and not the original.

For reference and further information see EXHIBIT "A" of this document, prepared by EnSite USA, of same date.

7-8-16

Gary Greer                                    DATE
Registered Professional Land Surveyor
Texas Registration No. 4948
Firm Registration No. 10193874, Expires 12/31/2016

STATE OF TEXAS
REGISTERED
GARY GREER
4948
PROFESSIONAL
LAND SURVEYOR