

June 21, 2016

Kimberly D. Bose, Secretary
Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC  20426

Re:  **Gulf South Pipeline Company, LP**
     **Coastal Bend Header Project**
     **Docket No. CP15-517-000**
     **Acceptance of Certificate**

Dear Ms. Bose:

On June 20, 2016, the Federal Energy Regulatory Commission ("Commission") issued an "Order Issuing Certificate" ("June 20 Order") in the above captioned proceeding. Pursuant to Ordering Paragraph (B)(2) of the June 20 Order and Section 157.20(a) of the Commission's Regulations under the Natural Gas Act, Gulf South Pipeline Company, LP ("Gulf South") hereby accepts the certificate of public convenience and necessity granted therein. This acceptance is without prejudice to Gulf South's right to seek rehearing or clarification of the Order.

Sincerely yours,

J. Kyle Stephens
Vice President, Regulatory Affairs

cc:  John J. Wisniewski – FERC
     John M. Wood – FERC