IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GULF SOUTH PIPELINE COMPANY, LP | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | C.A. No. 4:16-cv-02459 |
| | § | |
| MICHAEL J. HERSHEY and | § | |
| JEFFREY M. HERSHEY;  et al | § | |
| | § | |
| *Defendants* | § | |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff Gulf South Pipeline Company, LP ("Gulf South") files this Certificate of Interested Parties pursuant to the Court's Order for Disclosure of Interested Parties and Federal Rule of Civil Procedure 7.1(a), as follows:

Plaintiff Interested Parties

1.  Gulf South is a Delaware Limited Partnership.  Gulf South is a wholly-owned subsidiary of Boardwalk Pipeline Partners, LP.  Affiliates of Gulf South are:

   a.  Texas Gas Transmission, LLC;

   b.  Gulf Crossing Pipeline Company LLC;

   c.  Boardwalk Field Services, LLC;

   d.  Boardwalk Louisiana Midstream, LLC;

   e.  Boardwalk Storage Company, LLC; and

   f.  Boardwalk Petrochemical Pipeline, LLC

1

Each of these affiliated entities is also a subsidiary of <u>Boardwalk Pipeline Partners, LP.</u> <u>Loews Corporation</u> is a publicly-held company owing ten percent (10%) or more of the equity in <u>Boardwalk Pipeline Partners, LP</u>. There is no other publicly held entity that owns ten percent (10%) or more of <u>Boardwalk Pipeline Partners, LP.</u>

Defendant Interested Parties

2. Michael J. Hershey;

Jeffrey M. Hershey;

Terrance J. Hlavinka;

Kenneth Hlavinka;

Joseph C. Hlavinka, Jr.;

Prosperity Bank, a subsidiary of <u>Prosperity Bancshares, Inc.</u>;

John T. Wynn;

John T. Wynn Family Trusts;

James A. Atkinson;

Virginia Atkinson;

The First State Bank, Louise;

Debra Lynn Cherry, Individually and as Independent Executrix of the Estate of Jo Ann Chancy Melton; and

Marsha Lou Melton Wooten.

Dated:  August 23, 2016              Respectfully Submitted,

**GULF SOUTH PIPELINE COMPANY, LP**
By Counsel

/s/ J. Robin Lindley
J. Robin Lindley (State Bar No. 12366100)
Andrew C. Wright (State Bar No. 24063077)
**BUCK KEENAN LLP**
2229 San Felipe, Suite 1000
Houston, Texas 77019
(713) 225-4500
(713) 225-3719 (fax)
lindley@buckkeenan.com
wright@buckkeenan.com

*Counsel for Gulf South Pipeline Company, LP*