IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GULF SOUTH PIPELINE COMPANY, LP, <br>     Plaintiff, <br><br>v. <br><br>TX-WH-102.000:431.9 ACRES, MORE OR LESS, in the Alexander Edgar League, Abstract Number 93, Wharton County, Texas; MICHAEL J. HERSHEY and JEFFREY M. HERSHEY; <br><br>TX-WH-107.000: 802.25 ACRES, MORE OR LESS, in the Stephen F. Austin League No. 1, Abstract Number 4, Wharton County, Texas; TERRANCE J. HLAVINKA; KENNETH HLAVINKA; and JOSEPH C. HLAVINKA, JR.; and PROSPERITY BANK; <br><br>TX-WH-108.500: 942.36 ACRES, MORE OR LESS, in the Stephen F. Austin League No. 1, Abstract Number 4, Wharton County, Texas; JOHN T. WYNN; and JOHN T. WYNN FAMILY TRUST; <br><br>TX-WH-143.000: 3.78 ACRES, MORE OR LESS, in the William Kincheloe League, Abstract Number 38, Wharton County, Texas; JAMES A. ATKINSON and VIRGINIA ATKINSON; and THE FIRST STATE BANK, LOUISE; <br><br>TX-WH-149.000: 29.9 ACRES, MORE OR LESS, in the William Kincheloe League, Abstract Number 38, Wharton County, Texas; DEBRA LYNN CHERRY, INDIVIDUALLY AND AS INDEPENDENT EXECUTRIX OF THE ESTATE OF JO ANN CHANCY | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:16-cv-02459 |

1

| | |
|---|---|
| MELTON; and MARSHA LOU MELTON WOOTEN; and | § § § |
| UNKNOWN OTHERS,<br>    Defendants. | § § § |

### DEFENDANTS JOHN T. WYNN AND JOHN T. WYNN FAMILY TRUST'S DISCLOSURE OF INTERESTED PARTIES

Defendants John T. Wynn and John T. Wynn Family Trust certify that the following is a complete list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

John T. Wynn

John T. Wynn Family Trust

Respectfully submitted,

  /s/ Zev Kusin
Zev Kusin
Texas Bar No. 24070096
Southern District ID. No. 1636769
zkusin@jmehlaw.com
Justin Hodge
Texas Bar No. 24036791
Southern District ID No. 35824
jhodge@jmehlaw.com
Luke Ellis
Texas Bar No. 24038878
Southern District admission pending
lellis@jmehlaw.com
JOHNS MARRS ELLIS & HODGE LLP
805 West 10th Street, Suite 400
Austin, Texas 78701
512-215-4078
512-628-7169 fax

**ATTORNEYS FOR JOHN T. WYNN and JOHN T. WYNN FAMILY TRUST**

## CERTIFICATE OF SERVICE

  I hereby certify that on this 7th day of September, 2016, a true and correct copy of the foregoing was sent to the following by email and CM/ECF:

J. Robin Lindley
Buck Keenan LLP
2229 San Felipe, Suite 1000
Houston, Texas 77019
Main: 713-225-4500
Direct: 713-546-2430
Fax: 713-225-3719
*lindley@buckkeenan.com*

              /s/ Zev Kusin
              Zev Kusin